**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

IN RE:  CHRISTOPHER & SANDRA KINKELAAR           )          Case No: 15-60304
                                                                                     )          Chapter 13
                                                                                     )
Debtor(s).                                                                              )

<u>MOTION FOR DISCHARGE</u>

Now comes the Debtor(s), CHRISTOPHER & SANDRA KINKELAAR, by and through their undersigned attorney and for their motion states as follows:

1. That the Debtors filed their Chapter 13 case on March 27, 2015.
2. That Trustee Russell Simon filed a Report of Plan Completion, Request for Termination of Wage Order and Notice Concerning Discharge on September 26, 2018.
3. The Debtors have completed their payments under the Chapter 13 plan and the other duties that were required.
4. The Debtors were under an obligation to make direct payments on their mortgage and Debtors certify that they are current in that obligation.
5. The Debtors were not under an obligation to pay any domestic support.
6. The Debtors have completed the personal financial management course and have filed a certificate so indicating.

WHEREFORE, Debtors pray that this Honorable Court grant the Debtors a discharge in their Chapter 13 bankruptcy; terminate any wage orders and for such other relief as this Court deems just and necessary.

                                          RESPECTFULLY SUBMITTED,

                                 By:  __/s/J.D. Graham_____
                                          J.D. Graham 06211732
                                          J.D. GRAHAM, PC.
                                          #1 Eagle Center; Suite 3A
                                          O'Fallon, IL 62269
                                          618.235.9800
                                          618.235.9805 fax
                                          jd@jdgrahamlaw.com

CERTIFICATE OF SERVICE

   Comes now Debtors, CHRISTOPHER & SANDRA KINKELAAR, by and through their attorney, and certifies that on October 12, 2018, via first-class mail, postage prepaid, a true and accurate copy of the Motion for Discharge was served upon the following people that were not served electronically:

                   /s/ Meghan Csontos

Russell Simon
Chapter 13 Trustee
24 Bronze Pointe
Swansea, IL 62226

U.S. Trustee
Becker Building, Ste. 1100
401 Main St.
Peoria, IL 61602

Christopher & Sandra Kinkelaar
19418 N 1300th St
Effingham, IL 62401

All creditors listed on mailing matrix.